In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-14102

---

JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.,

*Plaintiff-Counter Defendant Appellant,*

ROK PRINTED CIRCUIT CO., LTD.,

*Plaintiff,*

*versus*

CIRCUITRONIX, LLC,

*Defendant-Counter Claimant Appellee.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:21-cv-60125-RNS

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 17, 2026

For the Court: DAVID J. SMITH, Clerk of Court